PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant:   Rode Wayne Vocu            Docket No.:   0868 1:19CR00086

To Appear On: 12/09/2019            For:   ☐ Plea   ☐ Trial   ☒ Sentencing

Before Judge:   Daniel L. Hovland

Initial Appearance Date:   06/06/2019       Release Date:   07/15/2019

Magistrate Judge:   Charles S. Miller Jr.

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☐ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☒ Drug/Alcohol Monitoring
- ☐ Third Party Custody to:
- ☐ Travel Restrictions:
- ☐ No Contact With:
- ☒ Other:   RRC, Weapons, Search Provision

- ☐ Surrender Passport
- ☐ Do Not Obtain Passport
- ☒ Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription
- ☐ Location Monitoring

Defendant Has Met Conditions of Release:   ☐ Yes   ☒ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
The defendant was initially released to Centre Inc., in Mandan. He struggled with the rules and regulations of the facility, in the beginning. He then obtained employment, completed treatment, and became compliant with the rules and regulation. On December 1, 2019, he was subsequently allowed to release to his home in New Town, with his mother.

Recommendations:
Absent a statutory mandate of detention at the time of sentencing, the defendant would otherwise be viewed as a suitable candidate for voluntary surrender.

| 12/09/19 | /s/ Bobby Wiseman |
|---|---|
| Date | U.S. Pretrial Services Officer |