IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RODE WAYNE VOCU,<br><br>        Defendant. | Case No. 1:19-cr-086<br><br>MOTION TO HOLD RESTITUTION OPEN |

    The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, moves this Court for an order holding restitution in the above-captioned case open for an additional sixty days.

    On December 9, 2019, Rode Wayne Vocu (Defendant) was sentenced as to one count of Arson under 18 U.S.C. §§ 81, 1153 and (2). The Court sentenced the Defendant to a term of incarceration and supervision and ordered that he pay a special assessment in the sum of $100.00. Doc. 40 (J. at 6). The Court further deferred the determination of restitution until March 8, 2020. Id.

    The United States received the victim's claim for restitution on February 28, 2020. In order to properly review the claim, the United States requests that the Court hold the issue of restitution open for an additional sixty days.

Accordingly, the United States respectfully requests that the Court hold restitution open for an additional sixty days.

DREW H. WRIGLEY<br>
United States Attorney

Dated:  March 6, 2020

By:  /s/ *Dawn M. Deitz*  
DAWN M. DEITZ  
Assistant United States Attorney  
ND Bar ID 06534  
655 First Avenue North, Suite 250  
Fargo, ND  58102-4932  
(701) 297-7400  
dawn.deitz@usdoj.gov  
Attorney for United States