**Olson, Nicole (USAND)**

| | |
|---|---|
| **From:** | Lang, Beth (USAND) |
| **Sent:** | Thursday, March 5, 2020 10:19 AM |
| **To:** | Olson, Nicole (USAND) |
| **Subject:** | Fwd: Letter from Ms. Alice Harwood |
| **Attachments:** | BethLangletter.docx; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Lang, Beth (USAND)" <BLang@usa.doj.gov>
> **Date:** February 28, 2020 at 3:31:00 PM CST
> **To:** "Deitz, Dawn (USAND)" <ddeitz@usa.doj.gov>
> **Subject: FW:  Letter from Ms. Alice Harwood**
>
>
> **From:** Noreen Two Crow <ntwocrow@gmail.com>
> **Sent:** Friday, February 28, 2020 2:54 PM
> **To:** Lang, Beth (USAND) <BLang@usa.doj.gov>
> **Subject:** Letter from Ms. Alice Harwood

February 25, 2020


Ms. Beth Lang, Victim Witness Specialist
U.S. Department of Justice
William L. Guy Federal Building
220 E. Rosser Ave. Room 372
P.O. Box 699
Bismarck, ND  58502-0699

Dear Beth:

At this time, the Memorial Congregational Church Board would like to express our appreciation to you for all the assistance in providing us with information and services in the case of United States v. Defendant(s) Rode Wayne Vocu, Case Number 2019R00202 and Court Docket Number 19-CR-00086.

Attached is the estimated cost for the old Memorial Church as needed for restitution purposes in this case.  We are aware that the defendant, Rode Wayne Vocu will not be able to pay the total cost.  For your information all enrolled members receive disbursement payments from the People's Fund, quarterly in April, August and December in the amount of $1,000.00.

If you have any questions, you can contact Alice Harwood, President at 605-380-9445, Noreen Two Crow at 701-898-7942 or Ed Hall, Treasurer at 701-421-0259.  Once again thank you.

Sincerely,



Ms. Alice Harwood, President
Memorial Congregational Church
P.O. Box 251
Parshall, ND  58770

Attachment

**Olson, Nicole (USAND)**

| | |
|---|---|
| **From:** | Lang, Beth (USAND) |
| **Sent:** | Thursday, March 5, 2020 10:51 AM |
| **To:** | Olson, Nicole (USAND) |
| **Subject:** | FW: FW: Old Memorial Church |

**From:** Lang, Beth (USAND)
**Sent:** Friday, February 28, 2020 3:34 PM
**To:** Deitz, Dawn (USAND) <ddeitz@usa.doj.gov>
**Subject:** FW: FW: Old Memorial Church

**From:** ntwocrow <ntwocrow@gmail.com>
**Sent:** Friday, February 28, 2020 3:24 PM
**To:** Lang, Beth (USAND) <BLang@usa.doj.gov>
**Subject:** RE: FW: Old Memorial Church

Hi Beth, Alice said to go with the $374,000.  Thanks

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Lang, Beth (USAND)" <Beth.Lang@usdoj.gov>
Date: 2/28/20 3:11 PM (GMT-06:00)
To: Noreen Two Crow <ntwocrow@gmail.com>
Subject: RE: FW: Old Memorial Church

Thank you Noreen.  Do I understand correctly that we should request $374,000 for the steel structure?  Beth

**From:** Noreen Two Crow <ntwocrow@gmail.com>
**Sent:** Friday, February 28, 2020 2:52 PM
**To:** Lang, Beth (USAND) <BLang@usa.doj.gov>
**Subject:** Fwd: FW: Old Memorial Church

---------- Forwarded message ---------
From: **Edward Hall** <tai@restel.net>
Date: Wed, Dec 11, 2019 at 2:48 PM
Subject: FW: Old Memorial Church
To: <ntwocrow@gmail.com>

1

**From:** Paul Breiner <Paul.Breiner@ackerman-estvold.com>
**Sent:** Monday, December 09, 2019 7:28 AM
**To:** Edward Hall <tai@restel.net>
**Subject:** RE: Old Memorial Church

Hi Ed,

I have attached the revised concepts and the updated estimates.  Review them and let me know if you have any questions.

Good luck with the court hearing.

Thanks,

Paul Breiner, AIA

*Project Architect*

**Ackerman-Estvold**

---

**From:** Edward Hall <tai@restel.net>
**Sent:** Friday, December 6, 2019 3:39 PM
**To:** Paul Breiner <Paul.Breiner@ackerman-estvold.com>
**Subject:** RE: Old Memorial Church

Hi Paul;  Very busy and Dr. appointments this week.  The court hearing is  next Monday.  If you could email your estimated costs the board may send something to the court coordinator.  L hope things slowdown next week so we can call you to discuss our next moves on this issue.  Thanks Ed

**From:** Paul Breiner <Paul.Breiner@ackerman-estvold.com>
**Sent:** Monday, November 25, 2019 7:50 AM

**To:** Edward Hall <tai@restel.net>
**Subject:** RE: Old Memorial Church

This week is pretty full for me, but next week would work.

I am wide open Thursday, Dec. 5 and Friday, Dec. 6.

Paul Breiner, AIA

*Project Architect*

**Ackerman-Estvold**

---

**From:** Edward Hall <tai@restel.net>
**Sent:** Sunday, November 24, 2019 2:46 PM
**To:** Paul Breiner <Paul.Breiner@ackerman-estvold.com>
**Subject:** RE: Old Memorial Church

Greetings Paul;

The address is   Memorial Church

        P. O. Box 251

        Parshall, ND 58770

Maybe we can have a conference call this week some time.

Thanks for your assistance on this project.

---

**From:** Paul Breiner <Paul.Breiner@ackerman-estvold.com>
**Sent:** Thursday, November 21, 2019 8:43 AM
**To:** Ed Hall <tai@restel.net>
**Cc:** Bill Patrie <billpatrie7@gmail.com>
**Subject:** Old Memorial Church

3

Good Morning Ed,

When is your next board meeting? I would like to review the updated concept and budget numbers with you.

Also, what is your PO Box number for contract/billing purposes?

Thanks,

Paul Breiner, AIA

*Project Architect*

**Ackerman-Estvold**

1907 17th Street SE

Minot, ND 58701

Office: 701.837.8737

Direct: 701.857.9157

www.ackerman-estvold.com

Follow us on Facebook, LinkedIn and Twitter!

 Please consider the environment before printing this e-mail

NOTICE: The information contained in this electronic mail message is confidential and intended only for certain recipients. Electronic data is transmitted for the recipient's convenience. The recipient agrees to indemnify and hold harmless Ackerman-Estvold from any liability arising from the use of this data and agrees to not disclose this data with any other party. Electronic files are subject to change and updates are the sole responsibility of the recipient. If you have received this communication in error, please notify the sender by reply transmission to paul.breiner@ackerman-estvold.com and delete the message without copying or disclosing it.

| Old Memorial Church | | | | |
|---|---|---|---|---|
| Location: Parshall, ND | Design Phase: Preliminary | | | Date: 12/9/2019 |
| | | | **Wood Structure** | **Steel Structure** |
| | Building Construction | | $185,000 | $265,000 |
| | Site Development | | $27,000 | $27,000 |
| | TERO Fees | 2.50% | $5,300 | $7,300 |
| **Total Estimates Construction Costs** | | | **$217,300** | **$299,300** |
| | Contingency | 10.00% | $21,730 | $29,930 |
| | Site Survey & Geotechnical | | $10,000 | $10,000 |
| | A-E Fees | | $22,000 | $29,000 |
| | Furnishings, Furniture & Equipment | | $5,000 | $5,000 |
| ***Estimated Project Costs*** | | | ***$277,000*** | ***$374,000*** |

**General Estimate Note:** These opinions of estimated costs are based on preliminary designs and not on completed bidding documents.  It represents our opinion of construction costs and is based on our previous experiences of past and current construction costs in this area.  It does not take into consideration exact materials and quantities required by a complete design, changes in future market conditions, or unforeseeable problems discovered at the time of construction.  This estimate of cost is in 2019 dollars.  Actual bid prices will vary.



1











**OLD MEMORIAL CHURCH**
CONCEPT 2 - REVISED

December 9, 2019

ACKERMAN ESTVOLD