EXHIBIT B

## FAX FORM
### Fax No. (701) 530-2421

To: Ms. Beth Lang, Victim Witness Specialist
U. S. Department of Justice
William L. Guy Federal Building
220 E. Rosser Ave., Room 372
P.O. Box 699
Bismarck, ND 58502-0699

From: Ms. Alice A. Harwood, President
Memorial Congregational Church
P.O. Box 251
Parshall, ND 58770

Hi Beth:

Could you please forward this to Assistant U.S. Attorney Dawn Deitz. A reply was requested by April 15, 2020. The board was finally able to meet. Thanks for your assistance.

Alice A. Harwood

Did the Memorial Congregational Church Board have knowledge of the church's value prior to Rode Vocu causing the fire? *No*

Was the church operational? *Not regularly. We had several meetings and/or services at Easter, Memorial Day and annual church meeting.*

Who owns the church building?
*Parshall Memorial Congregational Church.*

Who initiated the process for obtaining the estimate from Ackerman Estvold?
*Parshall Memorial Church Board*

Was the congregation planning to restore the church prior to the fire? *Yes.*

If so, did they receive any other bids as to reconstruction plans and/or the estimated value of the church? *No. This is an Opinion of Probable Cost from an Architect.*

How did Ackerman Estvold arrive at this estimate? Is it based upon what an insurance company may have issued had there been an insurance policy for the church? *The estimate was arrived as historical cost data for the type of construction.*

Are the reconstruction plans drawn by Ackerman Estvold comparable in size and design as the original church?

The design is not comparable to the original church or not same as original church.

Would the church board obtain a second estimate? Perhaps from an insurance agent who could provide a replacement value costs and take into consideration both the function of the church and its condition prior to the fire.

When bids are accepted we would receive multiple values at a later date which would set the value of the reconstruction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this information is true and correct to the best of my knowledge and belief.

Your name: Alice A. HARWOOD, President (please print)
Board of the Memorial Congregational Church

Signature: Alice A. Harwood   Date: 4/14/2020