IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODE WAYNE VOCU,<br><br>　　　　　Defendant. | Case No. 1:19-cr-086<br><br>**STIPULATION FOR RESOLUTION** |

　　　　The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, together with Rode Wayne Vocu, Defendant and his attorney, Christopher Bellmore, ("the parties") stipulate and agree as follow:

　　　　1.　　On December 9, 2019, Rode Wayne Vocu (Defendant) was sentenced as to one count of Arson under 18 U.S.C. §§ 81, 1153 and (2).  The Court sentenced the Defendant to a term of incarceration and supervision and ordered that he pay a special assessment in the sum of $100.00.  Doc. 40 (J. at 6).  The Court further deferred the determination of restitution until May 7, 2020.  Doc. 43 (Order)[1]

　　　　2.　　The United States filed a Motion for Restitution (Doc. 44) on April 24, 2020, and the Defendant subsequently filed a Response on May 22, 2020 (Doc. 49).  The United States filed a Reply as to the Defendant's Response on May 28, 2020 (Doc. 51).  A restitution hearing is presently scheduled for September 10, 2020 (previously scheduled for July 23, 2020).  Doc. 57 (Order).

---

[1] The issue of restitution was previously deferred until March 8, 2020.  Doc. 40 (J. at 6).

3. The parties agree that the Court may amend the Judgment filed on December 9, 2019, and impose restitution in the sum of $50,000.00. Restitution shall be made payable to the victim Parshall Memorial Congregational Church and mailed to P. O. Box 251, Parshall, ND 58770.

4. The parties further agree that the Court may cancel the restitution hearing scheduled in this case.

5. The Defendant agrees that he will work with the Bureau of Prisons, United States Pretrial and Probation Services and the Financial Litigation Unit of the United States Attorney's Office on an appropriate payment plan. Restitution payments shall be made payable to the Clerk of Court, United States District Court, P. O. Box 1193, Bismarck, ND 58502-1193.

Dated: September 14, 2020.

*Rode Vocu*
RODE WAYNE VOCU, Defendant

Dated: September 21, 2020.

*Chris Bellmore*
CHRISTOPHER BELLMORE
Federal Public Defender
324 North 3rd Street, Suite 1
Bismarck, ND 58102
Attorney for Defendant
701-250-4500
teri_ell@fd.org

Dated:  September 22, 2020

                              DREW H. WRIGLEY
                              United States Attorney

By:  _____
        DAWN M. DEITZ
        Assistant United States Attorney
        ND Bar ID 06534
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        dawn.deitz@usdoj.gov
        Attorney for United States

*United States v. Vocu*
Case No. 1:19-cr-086
Stipulation for Restitution