Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

REC'D USMS-D/ND
2023 MAR 31 9:51

United States of America
v.
Rode Wayne Vocu

Case No. 1:19-cr-00086

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rode Wayne Vocu,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Alleged violations of supervised release.

Date: 03/31/2023

/s/ Carla Schultz
*Issuing officer's signature*

City and state: Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3-31-23, and the person was arrested on *(date)* 5/16/23
at *(city and state)* New Town, ND.

Date: 5-16-23

*Arresting officer's signature*

LaHaie   DUSM
*Printed name and title*