Local Form (Rev. 3/2011)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) ORDER OF DETENTION PENDING |
| Plaintiff, | ) FINAL HEARING ON PETITION |
| | ) |
| vs. | ) Case No. 1:19-cr-86 |
| Rode Wayne Vocu, | ) |
| | ) |
| Defendant. | ) |

In accordance with Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), I conclude that the following facts require the detention of the defendant.

## PART I – FINDINGS AND CONCLUSIONS

**Alternative A** – The Court finds one or more of the following:
- ☐ (1) The Defendant has not proven by clear and convincing evidence that the defendant is not likely to flee.
- ☐ (2) The Defendant has not proven by clear and convincing evidence that the defendant does not pose a danger to the safety of other persons or the community.

**Alternative B** – The Court finds one of the following:
- ☑ (1) Defendant does not contest detention at this time.
- ☐ (2) Defendant is not eligible for release at this time.

## PART II – WRITTEN STATEMENT OF REASONS FOR DETENTION

A petition alleges Rode Wayne Vocu violated supervised release conditions, and during a May 18, 2023 initial appearance on that petition, the United States moved for his detention pending a June 20, 2023 revocation hearing. The court explained Vocu's right to a detention hearing, he confirmed he had discussed that right with counsel, and confirmed his decision to waive his right to a detention hearing at this time. The court therefore finds, at this time, Vocu has not overcome the presumption of detention that applies in post-conviction matters.

## PART III – DIRECTIONS REGARDING DETENTION

Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

Date: May 18, 2023

/s/ Alice R. Senechal, Magistrate Judge
United States Magistrate Judge