IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODE WAYNE VOCU,<br><br>Defendant. | Cr. No. 1:19-CR-086<br><br>DEFENDANT'S MOTION TO CONTINUE REVOCATION HEARING |

Comes now, Rode Wayne Vocu, by and through his attorney, Assistant Federal Public Defender Scott Rose, and moves the Court for its Order continuing the revocation hearing date of June 20, 2023, for at lease 90 days as the Defendant needs more time to prepare for the revocation hearing.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.

Dated this 5/262023

                Respectfully submitted,

                JASON J. TUPMAN
                Federal Public Defender
                By:/ *Scott Rose*
                Scott Rose
                Assistant Federal Public Defender
                Office of the Federal Public Defender
                Districts of South Dakota and North Dakota
                100 West Broadway Avenue, Suite 230
                Bismarck, ND 58501
                Telephone: 701-250-4500;
                Facsimile: 701-250-4498
                filinguser_SDND@fd.org