UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODE WAYNE VOCU,<br><br>Defendant. | Cr. No. 1:19-cr-086<br><br>**DEFENDANT'S INVOCATION OF RIGHTS UNDER THE FIFTH AND SIXTH AMENDMENTS** |

COMES NOW the Defendant above-named, Rode Wayne Vocu, and hereby expressly and unequivocally invokes his right to remain silent and his right to counsel guaranteed to him under both the Fifth and Sixth Amendments to the United States Constitution.

Dated this 30 day of May, 2023.

Rode Vocu
Defendant's signature