

06/09/2023

To Whom It May Concern:

This letter is to inform necessary parties that **Rode Vocu** has been accepted into Amity's Circle Tree Ranch, a residential treatment program in Tucson AZ.

While enrolled, **Rode Vocu** will be provided with the following:

- 16 hours a week of formalized curriculum
- Peer groups
- Individual and peer counseling
- Work experience
- Healthcare education
- Relapse prevention skills
- Recreational activity

Our effective treatment approach is proven for individuals with a variety of needs which allows them to heal core traumas, identify strengths, improve self-esteem learn life skills, and address the under-lying issues that contribute to their addiction and self-destructive behaviors.

At Circle Tree Ranch, we teach the importance of community and development of authentic relationships as a key to recovery. Our culturally competent curriculum teaches and empowers our students to succeed in today's world.

Respectfully,

*Kellan Sanders*

Kellan Sanders

Lead Enrollment Coordinator

10500 E. Tanque Verde Rd. | Tucson, AZ 85749 | (520) 500-4601 | (520) 844-8441 Fax

Exhibit 1