IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RODE WAYNE VOCU,<br><br>        Defendant. | Cr. No. 1:19-CR-086<br><br>DEFENDANT'S MOTION TO CONTINUE REVOCATION HEARING |

Comes now, Rode Wayne Vocu, by and through his attorney, Assistant Federal Public Defender Scott Rose, and moves the Court for its Order continuing the revocation hearing date of September 14, 2023, for at least 45 days. The Defendant is currently attending treatment in Arizona and more time is needed for him to complete that treatment.

Dated this 12th day of September, 2023.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:/ *Scott Rose*
Scott Rose
Assistant Federal Public Defender
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500;
Facsimile: 701-250-4498
filinguser_SDND@fd.org