IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RODE WAYNE VOCU,

    Defendant.

Case No. 1:19-cr-086

**MOTION TO DISMISS PETITION FOR REVOCATION OF SUPERVISED RELEASE**

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, moves the Court to dismiss the currently filed Petition for Revocation with prejudice.

Allegations alleged against Vocu are almost all related to drug and alcohol addiction issues and since the filing of the Petition to Revoke Supervised Release, Vocu has been compliant, has abstained from drug and alcohol usage and is actively participating in treatment and counseling in the community.

Because Vocu appears to be addressing his drug and alcohol addiction issues, the United States request the Court dismiss the current petition without prejudice.

Dated: November 20, 2023

MAC SCHNEIDER
United States Attorney

By:    */s/  Gary L. Delorme*
        GARY L. DELORME
        Assistant United States Attorney
        P. O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        ND Bar Board ID No. 05845
        Gary.Delorme@usdoj.gov
        Attorney for United States