# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO DISMISS PETITION** |
| vs. | ) | |
| | ) | |
| Rode Wayne Vocu, | ) | Case No. 1:19-cr-086 |
| | ) | |
| Defendant. | ) | |

Before the Court is the Government's motion to dismiss the petition for revocation of supervised release filed on November 20, 2023.  See Doc. No. 86.  On March 31, 2023, a "Petition for Warrant or Summons for Offender under Supervision" was filed by the supervising United States Probation Officer.  See Doc. No. 64.  The Government now moves to dismiss the petition because the Defendant has been complaint, has abstained from drug and alcohol usage, and is actively participating in treatment and counseling in the community. Thus, no further action is warranted at this time.

Accordingly, the Government's motion to dismiss the petition for revocation (Doc No. 86) is **GRANTED** and the petition (Doc. No. 64) is **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2023.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court