PROB 12B
(Rev. 3/12)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Person under Supervision**
*(Probation Form 49, Waiver of Hearing is attached)*

| | |
|---|---|
| Name of Person Under Supervision: Rode Wayne Vocu | Case Number: 0868 1:19CR00086 |
| Name of Sentencing Judicial Officer: Daniel L. Hovland U.S. District Court Judge | |
| Date of Original Sentence: 12/9/2019 | |
| Original Offense: Arson | |
| Original Sentence: 27 months incarceration; 36 months supervised release | |
| Type of Supervision: Supervised Release | Date Supervision Commenced: 11/30/2021 |

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒ To modify the conditions of supervision as follows:

You will be monitored by the form of location monitoring indicated below for a period of 90 days and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the U.S. Probation Officer: Location monitoring technology at discretion of the officer.

You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities as pre-approved by the officer (Home Detention).

### CAUSE

On July 07, 2023, Vocu was released from custody, pending his final revocation hearing, to Amity Circle Tree Ranch residential treatment facility in Tucson, AZ. On January 10, 2024, Vocu had completed 6 of the 7 month program and was recommended by the facility to transition into an intensive outpatient program in the community as he was no longer benefitting from the treatment program. Vocu would benefit from the structure provided by a location monitoring program when returning to the community.

PROB 12B
(Rev. 2/13)
Vocu, Rode
0868 1:19CR00086

Respectfully submitted,

By: /s/ Travis J. Dienslake
U.S. Probation Officer
Date: February 5, 2024

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☑ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

__February 5, 2024__
Date

PROB 49
(Rev. 2/2013)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You will be monitored by the form of location monitoring indicated below for a period of 90 days and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the U.S. Probation Officer: Location monitoring technology at discretion of the officer.

You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities as pre-approved by the officer (Home Detention).

_signature_ 1-31-24
Travis J. Dienslake
U.S. Probation Officer

_signature_ 1-31-24
Rode   Vocu   Date