UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Criminal No. 1:19-CR-086 |
| vs. | ) ) ) | **MOTION FOR RELEASE FROM CUSTODY** |
| RODE WAYNE VOCU, | ) ) ) | |
| Defendant. | ) | |

Counsel for the defendant, Rode Vocu, moves the Court for an order releasing him so that he may be evaluated for inpatient psychiatric treatment.

Since his detention hearing on April 4, 2024, Mr. Vocu has been detained in the Ward County jail. Currently, Mr. Vocu is in the middle of a psychiatric episode and needs medical intervention more significant than can be provided by the medical staff at the jail. Counsel has discussed the situation with jail administration, the US Marshals Service, US Probation Office and AUSA Gary Delorme. Everyone agrees that Mr. Vocu needs to be transported to Trinity Hospital for evaluation.

Therefore, counsel for Vocu requests the Court issue an Order releasing Mr. Vocu from custody with the understanding that he will be transported, via ambulance, to Trinity Hospital Emergency Room. If the hospital determines admission is required, he will be admitted to a locked facility. Trinity Hospital should be ordered to alert the US Marshals Service as well as the US Probation office prior to Mr. Vocu's discharge. Upon release, USMS would return Mr. Vocu to custody.

Defense counsel discussed this release plan with AUSA Gary Delorme and USPO Travis Dienslake who both **do not** object to this motion.

Dated this 8th of April, 2024.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Erin S. Bolinger*
Erin S. Bolinger
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org