# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR RELEASE FROM CUSTODY** |
| v. | ) | |
| | ) | |
| Rode Wayne Vocu, | ) | Case No.: 1:19-cr-00086 |
| | ) | |
| Defendant. | ) | |

On April 8, 2024, Defendant filed a *Motion for Release from Custody*. (Doc. No. 100). Counsel for Defendant requests Defendant's release from detention to Trinity Hospital for evaluation as Defendant is in the middle of a psychiatric episode and requires more significant medical intervention than can be provided at the detention facility.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 100). Defendant shall be transported as soon as practicable by ambulance to Trinity Hospital. If Trinity Hospital determines admission is required and Defendant is admitted to a facility, Trinity Hospital is ordered to inform the United States Marshal Services and United States Probation and Pretrial Services what facility Defendant will be in and notify both entities again prior to Defendant's discharge. Upon Defendant's discharge, Defendant shall be returned to custody.

**IT IS SO ORDERED.**

Dated this 8th day of April, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United State District Court