## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Defendant, | ) | **ORDER FOR DETENTION PENDING** |
| | ) | **FURTHER ORDER OF THE COURT** |
| v. | ) | |
| | ) | |
| Rode Wayne Vocu, | ) | Case No.: 1:19-cr-00086 |
| | ) | |
| Plaintiff. | ) | |

On April 25, 2024, the court held a Preliminary Hearing and Detention Hearing for Defendant. Defendant waived his right to a Preliminary Hearing on the record. The court accepted the waiver, finding it was made knowingly, voluntarily, and upon advice of counsel. Defendant shall be held to answer each of the allegations as alleged in the petition.

In regard to release or detention, the court finds there are conditions available to reasonably assure Defendant's sober presence at future proceedings and the safety of community and Defendant if he were released into it. Defendant shall be held in custody until an appropriate release plan is put together, including safe transportation from the detention facility to a guardian, which shall be confirmed by United States Probation and Pretrial Services.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2024.

*Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
