PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Rode Wayne Vocu   Case Number:   0868 1:19CR00086

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  December 9, 2019

Original Offense:        Arson

Original Sentence:       27 months imprisonment; 36 months supervised release
Revocation 5/13/2024:   Time served (96 days imprisonment); 6 months supervised release

Type of Supervision: TSR                           Date Supervision Commenced:  5/17/2024

Asst. U.S. Attorney: Gary Delorme                  Defense Attorney: Erin Bolinger

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | **On May 20, 2024, Vocu admitted to U.S. Probation that he was not taking his psychotropic medications as prescribed.** This is in violation of his special condition number one (1) on his revocation judgment which states you must participate in mental health treatment/counseling program, which may include the taking of psychotropic medications as prescribed by a medical practitioner. |
| 2) | **On May 22, 2024, Vocu was arrested by Three Affiliated Tribes Law Enforcement and charged with Disorder Conduct (Case Number PD-P2400952). This matter is pending.** This is in violation of his mandatory condition number one (1) which states you must not commit another federal, state or local crime. |

PROB 12C
(Rev. 2/13)
Vocu, Rode
0868 1:19CR00086

3)     **On May 29, 2024, Vocu was arrested by Three Affiliated Tribes Law Enforcement and charged with Domestic Violence/Simple Assault (2 counts), Disorderly Conduct and Criminal Mischief (Case Number PD-P2401007). This matter is pending.** This is in violation of his mandatory condition number one (1) which states you must not commit another federal, state or local crime.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Rode Vocu and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒   The term of supervision should be:

    ☒   Revoked.

    ☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2024

/s/ Travis Dienslake
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

May 29, 2024
Date