UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RODE WAYNE VOCU,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 1:19-CR-086<br><br>MOTION FOR RELEASE |
|---|---|---|

       The Defendant, Rode Wayne Vocu, moves the Court for an order releasing him from custody. On June 24, 2024, this Court Ordered Mr. Vocu detained. (Doc. 120). Since that date, an emergency order was filed in tribal court and provides Kelly Hosie, Mr. Vocu's mother, with temporary guardianship. *See* Exhibit 1.

       The parties believe that Ms. Hosie can act as custodian and assist Mr. Vocu in complying with the previous Court Order requiring compliance with medication. (Doc.110). Therefore, Mr. Vocu respectfully requests that he be released from BMDC to the custody of his mother, Kelly Hosie at 5:00 p.m. on the 26th of June 2024.

       Dated this 26th day of June, 2024.

                                  Respectfully submitted,

                                  JASON J. TUPMAN<br>
                                  Federal Public Defender<br>
                                  By:

                                  */s/ Erin S. Bolinger*<br>
                                  Erin S. Bolinger<br>
                                  Chief North Dakota Trial Counsel<br>
                                  Attorney for Defendant<br>
                                  Office of the Federal Public Defender<br>
                                  Districts of South Dakota and North Dakota<br>
                                  100 West Broadway Avenue, Suite 230<br>
                                  Bismarck, ND 58501<br>
                                  Telephone: 701-250-4500 Facsimile: 701-250-4498<br>
                                  filinguser_SDND@fd.org