| THREE AFFILIATED TRIBES | FORT BERTHOLD DISTRICT COURT |
|---|---|
| FORT BERTHOLD RESERVATION | NEW TOWN, NORTH DAKOTA |

| | |
|---|---|
| KELLY HOSIE, )<br> Petitioner, )<br>)<br>v. )<br>)<br>RODE VOCU )<br> Respondent. )<br>) | Court File No. CV-2024-0259<br><br>EMERGENCY TEMPORARY<br>GUARDIANSHIP ORDER |

This matter came before the court on the 25th day of June 2024 at the Berthold District Court, with the Honorable Judith H. Roberts presiding, on the motion from the Respondent's Mother, Kelly Hosie, for Petition for Emergency Custody based on the fact the Respondent is a danger to himself, and possibly others, and needs supervision.

ORDER

Based upon the foregoing FINDINGS OF FACT the Court enters the following JUDGMENT:

1. The Court has jurisdiction due to both the Petitioner and Respondent being an enrolled member.
2. The Petitioner and Respondent are residents on the Fort Berthold Reservation.
3. The Respondent has significant mental health issues, including but not limited to, not being responsible with appropriate medication dosage which results in significant behavioral issues, self-harm, inability to feed and handle basic care needs of himself.
4. The Petitioner, Kelly Hosie shall be granted Emergency Temporary Guardianship of the Petitioner pending a further Court hearing.

Exhibit 1

5. The order shall remain in effect until a further hearing to be held on the <u>18TH</u> day of <u>DECEMBER</u> 2024 at <u>10:00</u> <u>A</u>M at which time permanent Guardianship will be determined. The Parties may appear in person or by Zoom, provided Zoom requests are made to the Clerk of Courts. The Petitioner shall be responsible for serving the Respondent, in accordance with Fort Berthold law, prior to the next hearing. At that hearing the Court will permit the Petitioner and Respondent to be heard in full on any issue pertaining to Guardianship.

6. In awarding temporary guardianship of the above-referenced Respondent, the guardian shall have all powers, rights, and duties included those enumerated in Section 14-8-10 of Title XIV of the Tribal Code of the Three Affiliated Tribes including consenting to emergency medical and dental care, medical care and full access to all medical records, financial authority, housing and/or appropriate placement for the Respondent, and the right to receive the Respondent's disbursements pending further hearing.

7. This Court retains exclusive jurisdiction over this matter.

Dated this 25th day of June 2024.

_____            _____
Clerk of Court                                                      Honorable Judith H. Roberts.

OFFICE OF CLERK OF COURTS FORT BERTHHOLD DISTRICT COURT
I hereby certify that I have compared the within instrument with the original Case No. CV-2024-0289
Now on file in my office, and that it is a true copy of the same, and the above is true copy of the filing thereon.
Dated at New Town, North Dakota this 25 day of JUNE, 2024
_____
Clerk of Court

2