IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RODE WAYNE VOCU,<br><br>    Defendant. | Case No. 1:19-cr-086<br><br>**UNITED STATES' MOTION TO DISMISS PETITION TO REVOKE** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and David L. Rappenecker, Assistant United States Attorney, hereby moves the Court to dismiss the Petition to Revoke (Doc. 111) for the following reasons:

There are three allegations in the current petition. The first is that the Defendant was not taking his psychotropic medications as prescribed, and the second and third relate to tribal charges that were filed as a result of the Defendant's actions while he was medication non-compliant. In relation to the latter two violations, all charges except a single count of Disorderly Conduct were dismissed by the tribal court. As to the first violation, the Defendant is now medication compliant and has been for approximately one month. In addition, the Defendant is now under the guardianship of his mother, which gives her additional legal resources to ensure the Defendant's medication compliance and safety. All issues leading to the violations in the current Petition to Revoke appear to be either mitigated or resolved.

WHEREFORE, because the issues leading to the alleged violations in the current Petition to Revoke are actively being addressed, the United States moves the Court to dismiss the Petition to Revoke without prejudice.

Dated:  July 15, 2024

                                    MAC SCHNEIDER  
                                    United States Attorney

By:    /s/ *David Rappenecker*  
         DAVID RAPPENECKER  
         Assistant United States Attorney  
         ND Bar ID 09575  
         P.O. Box 699  
         Bismarck, ND  58502-0699  
         (701) 530-2420  
         david.rappenecker@usdoj.gov  
         Attorney for United States