# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING GOVERNMENT'S** |
| ) | **MOTION TO DISMISS PETITION** |
| vs. ) | |
| ) | |
| Rode Wayne Vocu, ) | Case No. 1:19-cr-086 |
| ) | |
| Defendant. ) | |

Before the Court is the Government's motion to dismiss the petition for revocation of supervised release filed on July 15, 2024. See Doc. No. 128. On May 29, 2024, a "Petition for Warrant or Summons for Offender under Supervision" was filed by the supervising United States Probation Officer. See Doc. No. 111. The Government now moves to dismiss the petition because the Defendant is now under the guardianship of his mother and the issues which lead to the petion being filed have been mitigated or resolved. Thus, no further action is warranted at this time.

For good cause shown, the Government's motion to dismiss the petition for revocation (Doc. No. 128) is **GRANTED** and the petition (Doc. No. 111) is **DISMISSED** without prejudice. The hearing scheduled for July 23, 2024, is cancelled.

**IT IS SO ORDERED**.

Dated this 16th day of July, 2024.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court